IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

IVAN LOPEZ CASTELLAN,

        Plaintiff,

v.                                    CIVIL ACTION NO. 1:23-00029

ACTING WARDEN M. LEFEVER,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        By Standing Order, this action was referred to United
States Magistrate Judge Cheryl A. Eifert for submission of
findings and recommendations regarding disposition pursuant to
28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to
the court her Findings and Recommendation ("PF&R") on January 5,
2024, in which she recommended that the district court grant
defendant's request for dismissal, deny plaintiff's petition
under 28 U.S.C. § 2241, dismiss this action, and remove this
matter from the court's docket.

        In accordance with the provisions of 28 U.S.C. § 636(b),
the parties were allotted fourteen days, plus three mailing
days, in which to file any objections to Magistrate Judge
Eifert's Findings and Recommendation.  The failure of any party
to file such objections constitutes a waiver of such party's
right to a de novo review by this court.  Snyder v. Ridenour,
889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period. Having reviewed the Findings and Recommendation filed by Magistrate Judge Eifert, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **GRANTS** defendant's request for dismissal, **DENIES** plaintiff's petition under 28 U.S.C. § 2241, **DISMISSES** this civil action, and directs the Clerk to remove this case from the court's active docket.

Additionally, the court has considered whether to grant a certificate of appealability. See 28 U.S.C. § 2253(c). A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

2

The Clerk is directed to forward a copy of this

Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 24th day of February, 2025.

ENTER:

David A. Faber
Senior United States District Judge